242

## TOMLIN v. STATE.
### No. 18717.

Court of Criminal Appeals of Texas.
Jan. 20, 1937.

J. M. Parker, of Gorman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft of cattle; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.

## DUKE v. STATE.
### No. 18719.

Court of Criminal Appeals of Texas.
Jan. 20, 1937.

Bill Auger, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, punishment assessed at ninety-nine years' imprisonment in the penitentiary.

The record is before this court without statement of facts or bills of exception. The indictment properly charges the offense. Nothing is presented for review.

The judgment is affirmed.